1  Daniel K. Slaughter (SBN 136725)
   STEIN & LUBIN LLP
2  Transamerica Pyramid
   600 Montgomery Street, 14th Floor
3  San Francisco, CA 94111
   Telephone:    (415) 981-0550
4  Facsimile:    (415) 981-4343
   dslaughter@steinlubin.com
5
   Attorneys for Defendant
6  McAFEE INC.

7

**IT IS SO ORDERED
AS MODIFIED**

*James Ware*

Judge James Ware

6/9/2010

8                 UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12  MELISSA FERRINGTON and CHERYL         Case No.  5:10-CV-01455 JW
    SCHMIDT,
13                                        CLASS ACTION
                Plaintiffs,
14
    v.
15                                        **STIPULATION AND [PROPOSED]
    McAFEE INC.,                          ORDER RE BRIEFING AND HEARING
16                                        SCHEDULE RE MOTION TO DISMISS;
                Defendant.                DECLARATION OF DANIEL K.
17                                        SLAUGHTER IN SUPPORT**

18

19

20

21

22

23

24

25

26

27

28

51160033/412728v1                         1                    Case No. CV-10-1455 JW

STIPULATION AND ORDER RE BRIEFING SCHEDULED; DECLARATION IN SUPPORT

1    Plaintiffs Melissa Ferrington and Cheryl Schmidt and defendant McAfee, Inc., by

2   and through their counsel, subject to the Court's approval, stipulate as follows:

3    WHEREAS, plaintiffs served the original complaint on McAfee on April 7, 2010;

4   and

5    WHEREAS, McAfee requested an extension of time to respond to the original

6   complaint and, in response, plaintiffs proposed to file an amended complaint and the parties

7   agreed to set McAfee's response date to be 21 days after the service of plaintiffs' first amended

8   complaint ("FAC"); and

9    WHEREAS, plaintiffs filed and served their FAC on May 13, 2010 and therefore

10   McAfee's deadline for responding to that complaint is June 3, 2010; and

11    WHEREAS, McAfee intends to file a motion to dismiss the action pursuant to

12   Federal Rule of Civil Procedure 12(b)(6) and the first available hearing date on the Court's

13   calendar is October 25, 2010.

14    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND

15   BETWEEN THE PARTIES that, subject to the Court's approval, the briefing and hearing

16   schedule on the motion to dismiss shall be as follows:

17    1.  McAfee shall respond to the FAC with the filing and service of a motion to

18   dismiss on or before June 10, 2010;

19    2.  Plaintiffs' papers in opposition to the motion shall be filed and served on July

20   29, 2010;

21    3.  McAfee's reply papers in support of the motion shall be filed and served on or

22   before August 26, 2010;

23    4.  The hearing on the motion to dismiss shall be set for **November 1, 2010**

24   **at 9:00 A.M.**

25   ///

26   ///

27   ///

28   ///

STIPULATION AND ORDER RE BRIEFING SCHEDULE; DECLARATION IN SUPPORT

1    Dated: May 28, 2010                         ROSEN, BIEN & GALVAN, LLP

2

3                                          By:   /s/ Gay Crothswait Grunfeld
                                                 Gay Crothswait Grunfeld
4                                                Attorneys for Plaintiffs MELISSA FERRINGTON
                                                 and CHERYL SCHMIDT
5

6
     Dated: May 28, 2010                         STEIN & LUBIN LLP
7

8
                                           By:   /s/ Daniel K. Slaughter
9                                                Daniel K. Slaughter
                                                 Attorneys for Defendant
10                                               McAFEE INC.

11

12

13   PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.

14

15   Dated:   June 9, 2010
                                                 The Honorable James Ware
16

17

18

19

20

21

22

23

24

25

26

27

28

     STIPULATION AND ORDER RE BRIEFING SCHEDULE; DECLARATION IN SUPPORT

1

## DECLARATION OF DANIEL K. SLAUGHTER

2

I, Daniel K. Slaughter, declare as follows:

3       1.      I am Of Counsel at Stein & Lubin LLP, counsel for defendant McAfee, Inc.

4  ("McAfee") in this action.  I have personal knowledge that the facts set forth in this declaration

5  are true and correct and, if called as a witness, could and would testify thereto.

6       2.      As set forth in the attached stipulation, the parties have agreed to a briefing and

7  hearing schedule for McAfee's motion to dismiss pursuant to Federal Rule of Civil Procedure

8  12(b)(6).  The hearing date is the first available date on the Court's calendar, October 25, 2010.

9  The briefing schedule includes a one week extension of time for McAfee to respond to the first

10 amended complaint ("FAC") by filing the motion, and shortens the time for opposition and reply

11 so that the Court will have additional time to review the motion papers and/or advance the

12 hearing date if that is possible.

13      3.      The reasons for the briefing schedule are as follows:  The Court's first available

14 hearing date for the motion is October 25, 2010.  The current deadline for filing the motion is

15 June 3, 2010.  Given that there are almost 150 days between those dates, the parties desire to

16 divide up that time so as to enable them to prepare papers addressing all the issues on the motion.

17 The parties also want to give the Court additional time to review the papers and/or to advance the

18 hearing date if possible after briefing is completed.

19      4.      There have been no previous time modification in this action, except that the

20 parties stipulated previously to allow McAfee an additional 30 days to respond to the original

21 complaint.  Fifteen days into that extension, plaintiffs filed their FAC and the current response

22 date is the statutory 21-day time from the filing and service of the FAC.

23      5.      The requested modifications to the timing of the briefing on the motion to dismiss

24 will have no impact on the schedule for the case, given that the hearing date chosen is, in any

25 event, the first available hearing date on the Court's calendar.

26

27

28

1    I declare under penalty of perjury under the laws of the United States that the

2  foregoing is true and correct.

3    Executed this 28th day of May 2010 at San Francisco, California.

4

5                    /s/ Daniel K. Slaughter
                    Daniel K. Slaughter

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RE BRIEFING SCHEDULE; DECLARATION IN SUPPORT