Gay Crosthwait Grunfeld – 121944
Shirley Huey – 224114
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:	(415) 433-6830
Facsimile:	(415) 433-7104
ggrunfeld@rbg-law.com
shuey@rbg-law.com

*Local Counsel for Plaintiffs*

Andrew N. Friedman- admitted *pro hac vice*
Victoria S. Nugent – admitted *pro hac vice*
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W., Suite 500 West
Washington, D.C.  20005-3964
Telephone:	(202) 408-4600
Facsimile:	(202) 408-4699
vnugent@cohenmilstein.com

*Counsel for Plaintiffs*

Matthew N. Metz - 154995
METZ LAW GROUP, PLLC
701 Fifth Avenue, Suite 7230
Seattle, Washington  98104-7042
Telephone:	(206) 583-2745
Facsimile:	(206) 625-8683
matthew@metzlaw.net

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA FERRINGTON and CHERYL SCHMIDT, individually and on behalf of the class they represent,<br><br>Plaintiffs,<br><br>v.<br><br>MCAFEE INC., a Delaware Corporation,<br><br>Defendant. | NO. 5:10-cv-01455  JW<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in a private mediation facilitated by JAMS or a comparable facilitator agreed upon by the parties.

The parties agree to hold the ADR session within 90 days of a Court order deciding

NO. 5:10-CV-01455:  STIP. & [PROPOSED] ORDER SELECTING ADR PROCESS

[378564-1]

1  Defendant's motion to dismiss,

Respectfully submitted,

ROSEN, BIEN & GALVAN, LLP

By:_____/s/ *Gay Crosthwait Grunfeld*_____
Gay Crosthwait Grunfeld
Shirley Huey
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104-1823
Telephone:  (415) 433-6830
Facsimile:   (415) 433-7104

Local Counsel for Plaintiffs
Melissa Ferrington and Cheryl Schmidt

Victoria S. Nugent
Andrew N. Friedman
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Telephone:  (202) 408-4600
Facsimile:   (202) 408-4699

Matthew N. Metz
METZ LAW GROUP, PLLC
701 Fifth Avenue, Suite 7230
Seattle, WA  98104
Telephone:  (206) 583-2745
Facsimile:   (206) 625-8683

Counsel for Plaintiffs

By:_____/s/ *Daniel K. Slaughter*_____
Daniel K. Slaughter
STEIN & LUBIN
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone: (415) 955-5037
Facsimile: (415) 981-4343

Counsel for Defendant

- 2 -  NO. 5:10-CV-01455: STIP. & [PROPOSED] ORDER SELECTING  ADR PROCESS

[378564-1]

1
2
3        **[PROPOSED] ORDER**
4          Pursuant to the Stipulation above, the captioned matter is hereby referred to:
5             Private ADR
6          Deadline for ADR session:
7             90 days from the date of an order deciding Defendant's motion to dismiss.
8       IT IS SO ORDERED.
9
10      Dated:  June 14, 2010
11                                                                    _____
12                                                                    UNITED STATES DISTRICT    JUDGE
13
14
15
16
17
18
19
20
21
22      816029.1 1
23
24
25
26
27
28

- 3 -    NO. 5:10-CV-01455: STIP. & [PROPOSED] ORDER SELECTING ADR PROCESS

[378564-1]