IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Melissa Ferrington, et al., | NO. C 10-01455 JW |
| Plaintiffs, v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| McAfee, Inc., | |
| Defendant. | |

This case is scheduled for a Case Management Conference on June 28, 2010. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties have duly submitted their Case Management Statement. (See Docket Item No. 31.)

Defendant has filed a Motion to Dismiss currently set for hearing on **November 1, 2010 at 9 a.m.** (See Docket Item No. 25.) In light of Defendant's pending dispositive Motion, the Court finds that a Case Management Conference would be premature at this time. Accordingly, the Court CONTINUES the June 28 Case Management Conference to **November 1, 2010 at 10 a.m.** to coincide with the hearing on Defendant's Motion. On or before **October 22, 2010**, the parties shall submit a Joint Case Management Conference Statement. The Joint Statement shall include, among other things, a good faith discovery schedule with a proposed date for the close of all discovery.

Dated: June 24, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew N. Friedman afriedman@cohenmilstein.com
Daniel Kirk Slaughter dslaughter@steinlubin.com
Gay Crosthwait Grunfeld ggrunfeld@rbg-law.com
Matthew Nimy Metz matthew@metzlaw.net
Shirley Huey shuey@rbg-law.com
Victoria S Nugent vnugent@cohenmilstein.com


**Dated:  June 24, 2010**                                **Richard W. Wieking, Clerk**


                             **By:     /s/ JW Chambers**
                                   **Elizabeth Garcia**
                                   **Courtroom Deputy**