**E-Filed 8/9/2010**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MELISSA FERRINGTON and CHERYL SCHMIDT, individually and on behalf of the class they represent,<br><br>Plaintiffs,<br><br>v.<br><br>MCAFEE, INC., a Delaware Corporation,<br><br>Defendant. | Case Number: 10CV1455 LHK<br><br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* – STEFANIE M. RAMIREZ |

Stefanie M. Ramirez, an active member in good standing of the bar of the State of New York, whose business address and telephone number is COHEN MILSTEIN SELLERS & TOLL, PLLC, 1100 New York Avenue, N.W., Suite 500, West Tower, Washington, DC 20005, Tel: (202) 408-4600, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs;

IT IS HEREBY ORDERED that the application is GRANTED, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

1
2  **IT IS SO ORDERED.**
3  DATED: August 9, 2010
4
5
6  *Lucy H. Koh*
   _____
7  LUCY H. KOH
   United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2