Gay Crosthwait Grunfeld – 121944
Shirley Huey – 224114
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:	(415) 433-6830
Facsimile:	(415) 433-7104
ggrunfeld@rbg-law.com
shuey@rbg-law.com

*Local Counsel for Plaintiffs*

Andrew N. Friedman- admitted *pro hac vice*
Victoria S. Nugent – admitted *pro hac vice*
Stefanie M. Ramirez – admitted *pro hac vice*
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W., Suite 500 West
Washington, D.C.  20005-3964
Telephone:	(202) 408-4600
Facsimile:	(202) 408-4699
vnugent@cohenmilstein.com

*Counsel for Plaintiffs*

Matthew N. Metz - 154995
METZ LAW GROUP, PLLC
701 Fifth Avenue, Suite 7230
Seattle, Washington  98104-7042
Telephone:	(206) 583-2745
Facsimile:	(206) 625-8683
matthew@metzlaw.net

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| MELISSA FERRINGTON and CHERYL SCHMIDT, individually and on behalf of the class they represent,<br><br>Plaintiffs,<br><br>v.<br><br>MCAFEE INC., a Delaware Corporation,<br><br>Defendant. | NO.  5:10-cv-01455<br><br>STIPULATION AND [~~PROPOSED~~] ORDER ALLOWING SURREPLY AND REBUTTAL BRIEF IN RESPONSE TO REQUEST FOR JUDICIAL NOTICE<br><br>Local Rule 7-3(d) |

Plaintiffs Melissa Ferrington and Cheryl Schmidt ("Plaintiffs") and Defendant McAfee, Inc. ("Defendant"), by and through their counsel, subject to the Court's approval, STIPULATE AS FOLLOWS:

WHEREAS, McAfee filed a Request for Judicial Notice and a Declaration of Carlos

1  Ochoa in Support of Defendant's Request for Judicial Notice on June 10, 2010;

2      WHEREAS, Plaintiffs filed their Opposition to the Request for Judicial Notice on July 29,

3  2010;

4      WHEREAS, McAfee filed its Reply and a Supplemental Declaration of Carlos Ochoa on

5  August 26, 2010; and

6      WHEREAS, Plaintiffs contend that the Supplemental Declaration of Carlos Ochoa raises

7  a number of factual issues that were neither addressed in the Initial Declaration nor in any of

8  Defendant's previously filed papers;

9      NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND

10  BETWEEN THE PARTIES that, subject to the Court's approval:

11      On or before September 14, 2010, Plaintiffs may file a three-page Sur-reply which may

12  address only any new facts Plaintiffs contend are presented in the Supplemental Declaration of

13  Carlos Ochoa and McAfee may file a three-page rebuttal on or before September 21, 2010.

Dated: September 14, 2010            By: */s/ Victoria S. Nugent*_____

Andrew N. Friedman
Victoria S. Nugent
Stefanie M. Ramirez
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Telephone:  (202) 408-4600
Facsimile:   (202) 408-4699

Gay Crosthwait Grunfeld
Shirley Huey
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104-1823
Telephone: (415) 433-6830
Facsimile:   (415) 433-7104

Local Counsel for Plaintiffs
Melissa Ferrington and Cheryl Schmidt

- 2 -    NO. 5:10-CV-01455:  STIP. & [~~PROPOSED~~] ORDER ALLOWING SURREPLY AND REBUTTAL BRIEFS

|   |   |
|---|---|
| 1 | Matthew N. Metz |
| 2 | METZ LAW GROUP, PLLC |
|   | 701 Fifth Avenue, Suite 7230 |
| 3 | Seattle, WA  98104 |
|   | Telephone:  (206) 583-2745 |
| 4 | Facsimile:   (206) 625-8683 |

Counsel for Plaintiffs

Dated: September 14, 2010          By: */s/ Daniel K. Slaughter*_____

Daniel K. Slaughter
STEIN & LUBIN
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone: (415) 955-5037
Facsimile: (415) 981-4343

Counsel for Defendant

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated:  September 15, 2010                    *Lucy H. Koh*_____

Honorable Lucy H. Koh
Judge of the United States District Court

879856.1 1

- 3 -    NO. 5:10-CV-01455:  STIP. & [PROPOSED]
ORDER ALLOWING SURREPLY AND
REBUTTAL BRIEFS