| | |
|---|---|
| 1 | Gay Crosthwait Grunfeld – 121944 |
|   | Shirley Huey – 224114 |
| 2 | ROSEN, BIEN & GALVAN, LLP |
|   | 315 Montgomery Street, Tenth Floor |
| 3 | San Francisco, California 94104-1823 |
|   | Telephone:    (415) 433-6830 |
| 4 | Facsimile:    (415) 433-7104 |
|   | ggrunfeld@rbg-law.com |
| 5 | shuey@rbg-law.com |
| 6 | *Local Counsel for Plaintiffs* |

Andrew N. Friedman- admitted *pro hac vice*
Victoria S. Nugent – admitted *pro hac vice*
Stefanie M. Ramirez – admitted *pro hac vice*
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W., Suite 500 West
Washington, D.C. 20005-3964
Telephone:    (202) 408-4600
Facsimile:    (202) 408-4699
vnugent@cohenmilstein.com

*Counsel for Plaintiffs*

Matthew N. Metz - 154995
METZ LAW GROUP, PLLC
701 Fifth Avenue, Suite 7230
Seattle, Washington 98104-7042
Telephone:    (206) 583-2745
Facsimile:    (206) 625-8683
matthew@metzlaw.net

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| MELISSA FERRINGTON and CHERYL SCHMIDT, individually and on behalf of the class they represent, | NO. 5:10-cv-01455 LHK |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER ADJUSTING SCHEDULING ORDER** <u>as modified by the Court</u> |
| v. | |
| MCAFEE INC., a Delaware Corporation, | |
| Defendant. | |

Plaintiffs Melissa Ferrington and Cheryl Schmidt ("Plaintiffs") and Defendant McAfee, Inc. ("Defendant"), by and through their counsel, subject to the Court's approval, STIPULATE AS FOLLOWS:

WHEREAS, on August 4, 2010, Plaintiffs served their First Set of Requests for

NO. 5:10-CV-01455: STIP. & [PROPOSED] ORDER ADJUSTING SCHEDULING ORDER

1   Production of Documents on Defendant McAfee, Inc;

2   WHEREAS, on September 7, 2010, Defendant McAfee, Inc. responded to Plaintiffs'
3   requests, indicating that it would produce documents responsive to all but one request, subject to
4   certain objections;

5   WHEREAS, during the September 28, 2010 hearing, the Court advised Defendant that the
6   tentative ruling on McAfee's Motion to Dismiss was to deny the motion with respect to the UCL
7   claims and that discovery on those claims would proceed;

8   WHEREAS, the Defendant assured the Court that certain discovery requested by
9   Plaintiffs would be provided in advance of mediation;

10  WHEREAS, the parties have been consulting on at least a weekly basis since October 8,
11  2010 regarding the status of discovery and document production;

12  WHEREAS, the parties have agreed to engage The Honorable Ronald M. Sabraw (Ret.)
13  of JAMS to mediate their dispute;

14  WHEREAS, Judge Sabraw's only available date prior to the case management conference
15  is December 9, 2010;

16  WHEREAS, McAfee has been diligently working on gathering and reviewing documents
17  for discovery and anticipates completing its production by December 8, 2010;

18  WHEREAS, Plaintiffs have requested that the production be completed two weeks in
19  advance of the mediation date;

20  WHEREAS, the next available dates on Judge Sabraw's calendar after December 8 fall in
21  January.

22  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND
23  BETWEEN THE PARTIES that, subject to the Court's approval:

24  The parties' deadline for mediation shall be extended to January 22, 2011, and the other
25  dates and deadlines entered by the Court on September 28, 2010, shall be extended by a five-
26  week period, as follows:

27  FURTHER CASE MANAGEMENT CONFERENCE is rescheduled ~~for February 16, 2011 at 2~~
28  ~~p.m.~~ to follow the hearing on Plaintiff's class certification motion.

- 2 -   NO. 5:10-CV-01455:  STIP. & [~~PROPOSED~~]
        ORDER ADJUSTING SCHEDULING
        ORDER

1  CLASS CERTIFICATION MOTION shall be filed by March 10, 2011 and set for a hearing no
2  later than April 14, 2011, at 1:30 p.m.
3  DEADLINE TO AMEND THE PLEADINGS is June 6, 2011.
4  FACT DISCOVERY CUT-OFF is August 5, 2011.
5  EXPERT DISCOVERY CUT-OFF is September 23, 2011.
6  DISPOSTIVE MOTIONS shall be filed by October 13, 2011, and set for hearing no later than
7  November 17, 2011, at 1:30 p.m.

Dated: November 29, 2010        By: */s/ Victoria S. Nugent*

Andrew N. Friedman
Victoria S. Nugent
Stefanie M. Ramirez
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Telephone:  (202) 408-4600
Facsimile:   (202) 408-4699

Gay Crosthwait Grunfeld
Shirley Huey
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104-1823
Telephone: (415) 433-6830
Facsimile:   (415) 433-7104

Local Counsel for Plaintiffs
Melissa Ferrington and Cheryl Schmidt

Matthew N. Metz
METZ LAW GROUP, PLLC
701 Fifth Avenue, Suite 7230
Seattle, WA  98104
Telephone:  (206) 583-2745
Facsimile:   (206) 625-8683

Counsel for Plaintiffs

1
2
3
4
5  Dated: November 29, 2010          By: */s/ Daniel K. Slaughter*
6                                   Daniel K. Slaughter
                                    Michael F. Donner
7                                   STEIN & LUBIN
                                    600 Montgomery Street, 14th Floor
8                                   San Francisco, CA 94111
                                    Telephone: (415) 955-5037
9                                   Facsimile: (415) 981-4343

10                                   Counsel for Defendant MCAFEE, INC.

11

12 [~~PROPOSED~~] ORDER

13

14 PURSUANT TO THE STIPULATION, IT IS SO ORDERED as modified by the Court.

15

16 Dated: December 6, 2010                    *Lucy H. Koh*

17                                            Honorable Lucy H. Koh
                                              Judge of the United States District Court
18
19
20
21
22
23
24
25
26
27
28

- 4 -   NO. 5:10-CV-01455: STIP. & [~~PROPOSED~~] ORDER ADJUSTING SCHEDULING ORDER