Daniel K. Slaughter (SBN 136725)
Michael F. Donner (SBN 155944)
STEIN & LUBIN LLP
Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, CA  94111
Telephone:     (415) 981-0550
Facsimile:      (415) 981-4343
dslaughter@steinlubin.com
mdonner@steinlubin.com

Attorneys for Defendant
MCAFEE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MELISSA FERRINGTON and CHERYL SCHMIDT,<br><br>                Plaintiffs,<br><br>v.<br><br>MCAFEE, INC.,<br><br>                Defendant. | Case No.  CV-10-01455 LHK (HRL)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE SCHEDULING**<br><br>Complaint Filed:  April 6, 2010<br>Trial Date:  None<br>Judge:       Hon. Lucy H. Koh |

Plaintiffs Melissa Ferrington and Cheryl Schmidt ("Plaintiffs") and Defendant McAfee, Inc. ("McAfee"), by and through their counsel, subject to the Court's approval, STIPULATE AS FOLLOWS:

WHEREAS, the parties engaged The Honorable Ronald M. Sabraw (Ret.) of JAMS to mediate their dispute and the parties appeared before Judge Sabraw on January 13, 2011 for a full-day mediation; and

WHEREAS, the parties made some progress in their discussions at the mediation, but did not reach a settlement; and

WHEREAS, subsequent to the mediation, the parties have continued their settlement discussions via several telephone conferences between counsel and the parties have

determined that certain information in the possession of third parties is necessary to allow those discussions to move forward; and

WHEREAS, under the current pretrial schedule set by the Court, plaintiffs' motion for class certification must be filed on or before March 10, 2011; and

WHEREAS, before the class motion may be filed, certain discovery must be obtained, including depositions of the named plaintiffs and depositions of McAfee personnel; and

WHEREAS, plaintiffs intend to seek leave to amend their complaint to add claims and additional parties; and

WHEREAS, the parties would like to adjust the pretrial schedule to allow additional time for settlement discussions before expensive litigation continues and have agreed to a four-week extension of the schedule to allow for same.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES that, subject to the Court's approval:

The dates and deadlines entered by the Court on September 28, 2010 (and extended by stipulated order on December 6, 2010), shall be extended for four weeks, as follows:

CLASS CERTIFICATION MOTION shall be filed by April 7, 2011 and set for a hearing no later than May 12, 2011, at 1:30 p.m.

FURTHER CASE MANAGEMENT CONFERENCE is rescheduled for immediately following the hearing on the class certification motion.

DEADLINE TO AMEND THE PLEADINGS is July 5, 2011.

FACT DISCOVERY CUT-OFF is September 2, 2011.

EXPERT DISCOVERY CUT-OFF is October 21, 2011.

DISPOSITIVE MOTIONS shall be filed by November 10, 2011, and set for hearing no later than December 15, 2011, at 1:30 p.m.

| | | |
|---|---|---|
| 1 | Dated: February 2, 2011 | STEIN & LUBIN LLP |
| 2 | | |
| 3 | | */S/ Daniel K. Slaughter*<br>By: _____ |
| 4 | | Daniel K. Slaughter<br>Counsel for Defendant McAFEE, INC. |
| 5 | | |
| 6 | Dated: February 2, 2011 | COHEN MILSTEIN SELLERS & TOLL PLLC |
| 7 | | */S/ Andrew N. Friedman*<br>By: _____ |
| 8 | | Andrew N. Friedman<br>Counsel for Plaintiffs |

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: February 7, 2011

*Lucy H. Koh*

Honorable Lucy H. Koh
Judge of the United States District Court

---

51160033/428989v1         3         Case No. CV 10-1455-LHK (HRL)

[PROPOSED] ORDER RE SCHEDULING