UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MELISSA FERRINGTON and CHERYL SCHMIDT,<br><br>    Plaintiffs,<br>v.<br><br>McAFEE, INC.,<br><br>    Defendant. | Case No.: 10-CV-01455-LHK<br><br>ORDER DENYING REQUEST TO CONTINUE CASE SCHEDULE |

The parties have requested a 60-day extension of the case schedule. The Court has already granted two extensions of the case schedule, once by 4 weeks and once by 5 weeks. The case may not be delayed indefinitely in this manner. Accordingly, the parties' request for an extension of the schedule is DENIED.

**IT IS SO ORDERED.**

Dated: March 25, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-01455-LHK
ORDER DENYING REQUEST TO CONTINUE CASE SCHEDULE