United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MELISSA FERRINGTON and CHERYL SCHMIDT, | ) ) ) | Case No.: 10-CV-01455-LHK |
| Plaintiffs, | ) ) | ORDER CONTINUING PRETRIAL DATES |
| v. | ) ) | |
| McAFEE, INC., | ) ) | |
| Defendant. | ) ) ) | |

The parties have requested a 60-day extension of the case schedule on grounds that they intend to file a motion for preliminary approval of a class settlement within 45-60 days. In support of their request, the parties have filed a Memorandum of Understanding setting forth the basic terms of an agreement to settle the case. Based upon the parties' representations and submissions, the Court finds that a 60-day extension is appropriate. Accordingly, the dates and deadlines entered by the Court are hereby extended by approximately 60 days, as follows:

(1) Class Certification Motion: McAfee's opposition is due June 23, 2011. Plaintiffs' reply is due June 30, 2011. The Court will hold a hearing on **August 4, 2011**, at 1:30 p.m., followed by a further Case Management Conference. If the motion can be decided without oral argument, the Court will notify the parties and vacate the hearing.

(2) Deadline to Amend the Pleadings: September 6, 2011.

(3) Fact Discovery Cut-Off: November 1, 2011

1

Case No.: 10-CV-01455-LHK
ORDER CONTINUING PRETRIAL DATES

(4) Expert Discovery Cut-Off: December 20, 2011.

(5) Dispositive Motions: Motions shall be filed by January 12, 2012, and set for hearing no later than February 16, 2012, at 1:30 p.m.

Further requests for extensions of the case schedule will be disfavored.

**IT IS SO ORDERED.**

Dated: April 14, 2011

_____
LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-01455-LHK
ORDER CONTINUING PRETRIAL DATES