1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MELISSA FERRINGTON and CHERYL SCHMIDT, | ) ) ) | Case No.: 10-CV-01455-LHK |
| Plaintiffs, | ) ) ) | ORDER VACATING HEARING ON CLASS CERTIFICATION; SETTING HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT |
| v. | ) ) | |
| McAFEE, INC., | ) ) | |
| Defendant. | ) ) ) | |

On April 14, 2011, the Court granted a 60-day extension of the case schedule based on the parties' representation that they intended to file a motion for preliminary approval of a class action settlement within 45-60 days of April 13, 2011.  The parties now represent that they intend to file a motion for preliminary approval of the class settlement on or before July 13, 2011.  The parties therefore request that the Court vacate all dates and deadlines, including the hearing on Plaintiffs' pending motion for class certification that is currently set for August 4, 2011.

Based on the parties' representations, the Court hereby ORDERS as follows:

(1) The August 4, 2011 class certification hearing is VACATED, and Plaintiffs shall withdraw the pending motion for class certification.

(2) Plaintiffs shall file and serve a motion for preliminary approval of the class settlement on or before July 13, 2011.  Any opposition or reponse to Plaintiff's motion for preliminary

1

Case No.: 10-CV-01455-LHK
ORDER VACATING HEARING ON CLASS CERTIFICATION; SETTING HEARING ON MOTION FOR
PRELIMINARY APPROVAL OF CLASS SETTLEMENT

**United States District Court**
For the Northern District of California

1    approval shall be due <u>one week</u> after the motion is filed and served.  Any reply shall be due

2    one week after the opposition is filed and served.  The motion shall be heard on August 4,

3    2011, at 1:30 p.m., to be followed by a case management conference.  No extensions of the

4    July 13, 2011 deadline shall be granted.

5    (3) The remainder of the case schedule remains as set in the Court's April 14, 2011 order:

6    • Deadline to Amend the Pleadings: September 6, 2011.

7    • Fact Discovery Cut-Off: November 1, 2011

8    • Expert Discovery Cut-Off: December 20, 2011.

9    • Dispositive Motions: Motions shall be filed by January 12, 2012, and set for hearing no

10   later than February 16, 2012, at 1:30 p.m.

11   **IT IS SO ORDERED.**

12

13   Dated: June 27, 2011                                    _____

14                                                           LUCY H. KOH
                                                             United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2