1  Gay Crosthwait Grunfeld – 121944
   Shirley Huey – 224114
2  ROSEN, BIEN & GALVAN, LLP
   315 Montgomery Street, Tenth Floor
3  San Francisco, California  94104-1823
   Telephone:	(415) 433-6830
4  Facsimile:	(415) 433-7104
   ggrunfeld@rbg-law.com
5  shuey@rbg-law.com

6  *Local Counsel for Plaintiffs*

7

8  Andrew N. Friedman- admitted *pro hac vice*           Matthew N. Metz - 154995
   Victoria S. Nugent – admitted *pro hac vice*          METZ LAW GROUP, PLLC
   Stefanie M. Ramirez – admitted *pro hac vice*         701 Fifth Avenue, Suite 7230
9  COHEN MILSTEIN SELLERS & TOLL PLLC                    Seattle, Washington  98104-7042
   1100 New York Avenue, N.W., Suite 500 West            Telephone:	(206) 583-2745
10 Washington, D.C.  20005-3964                          Facsimile:	(206) 625-8683
   Telephone:	(202) 408-4600                            matthew@metzlaw.net
11 Facsimile:	(202) 408-4699
   vnugent@cohenmilstein.com                             *Counsel for Plaintiffs*
12
   *Counsel for Plaintiffs*
13

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| MELISSA FERRINGTON and CHERYL SCHMIDT, individually and on behalf of the class they represent,<br><br>    Plaintiffs,<br><br>v.<br><br>MCAFEE INC., a Delaware Corporation, ARPU, Inc. (d/b/a TRYandBUY.com), a Delaware Corporation,<br><br>    Defendant. | NO.  5:10-cv-01455<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF THIRD AMENDED COMPLAINT**<br><br>Local Rules 7-1(a)(5) and 7-12 |

Plaintiffs Melissa Ferrington, Cheryl Schmidt, Christopher Bennett and Christi Hall ("Plaintiffs") and Defendant McAfee, Inc. ("McAfee"), by and through their counsel, subject to the Court's approval, STIPULATE AS FOLLOWS:

NO. 5:10-CV-01455 LHK:  STIP. & [PROPOSED] ORDER RE: SECOND AM. COMPL.

1  WHEREAS, the parties have entered into a Settlement Agreement ("Agreement"), which has as one of its terms that Plaintiffs will seek leave to amend file a Third Amended Complaint to add Arpu, Inc. (d/b/a TryandBuy.com) as a Defendant and to make the other amendments to the complaint contained in the previously lodged (but never ordered filed by the Court) as a Second Amended Complaint ;

WHEREAS, pursuant to the Agreement, Defendants stipulate to granting of the motion for filing of the Third Amended Complaint, provided however that the Third Amended Complaint shall be binding only with respect to the settlement and Agreement and that, in the event that Final Approval of the settlement does not occur for any reason, or in the event of termination of the Agreement for any reason, the Court's Order approving the filing of the Third Amended Complaint, shall be deemed null and void *ab initio*, shall have no force or effect whatsoever, shall not be used in this Litigation or in any other proceeding for any purpose, Arpu shall be dismissed from the Litigation without prejudice and the Litigation shall revert to its status as existed prior to the date of the Agreement;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES that, subject to the Court's approval:

1. Plaintiffs may file the Third Amended Complaint submitted with their moving papers. The Third Amended Complaint shall be binding only with respect to the parties' settlement and the Settlement Agreement ("Agreement").  In the event that Final Approval of the settlement does not occur for any reason, or in the event of termination of the Agreement for any reason, this Order approving the filing of the Third Amended Complaint, shall be deemed null and void *ab initio*, shall have no force or effect whatsoever, shall not be used in the Litigation or in any other proceeding for any purpose, Arpu shall be dismissed from the Litigation without prejudice and the Litigation shall revert to its status as existed prior to the date of this Order.

- 2 -   NO. 5:10-CV-01455 LHK:  STIP. & [PROPOSED] ORDER RE: THIRD AM. COMPL.

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | Dated: June 13, 2011 | By: /s/ Victoria S. Nugent |

                                              Andrew N. Friedman
Victoria S. Nugent
Stefanie M. Ramirez
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699

Gay Crosthwait Grunfeld
Shirley Huey
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

Local Counsel for Plaintiffs
Melissa Ferrington and Cheryl Schmidt

Matthew N. Metz
METZ LAW GROUP, PLLC
701 Fifth Avenue, Suite 7230
Seattle, WA  98104
Telephone:  (206) 583-2745
Facsimile:   (206) 625-8683

Counsel for Plaintiffs

Dated: June 13, 2011                    By: /s/ Daniel K. Slaughter

Daniel K. Slaughter
STEIN & LUBIN
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone: (415) 955-5037
Facsimile: (415) 981-4343

Counsel for Defendant, McAfee, Inc.

- 3 -      NO. 5:10-CV-01455 LHK:  STIP. & [PROPOSED] ORDER RE: THIRD AM. COMPL.

Dated: June 13, 2011

By: /s/ Scott Raber

Scott Raber
The Banchero Law Firm LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111

Counsel for Defendant, Arpu, Inc.

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: July 19, 2011

_/s/ Lucy H. Koh_

Honorable Lucy H. Koh
Judge of the United States District Court

- 4 -

NO. 5:10-CV-01455 LHK:  STIP. & [PROPOSED] ORDER RE: THIRD AM. COMPL.