1 | Gay Crosthwait Grunfeld – 121944
Shirley Huey – 224114
2 | ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
3 | San Francisco, California 94104-1823
Telephone: (415) 433-6830
4 | Facsimile: (415) 433-7104
ggrunfeld@rbg-law.com
5 | shuey@rbg-law.com

6 | *Local Counsel for Plaintiffs*

7

8 | Andrew N. Friedman- admitted *pro hac vice*     Matthew N. Metz - 154995
Victoria S. Nugent – admitted *pro hac vice*        METZ LAW GROUP, PLLC
Stefanie M. Ramirez – admitted *pro hac vice*     701 Fifth Avenue, Suite 7230
9 | COHEN MILSTEIN SELLERS & TOLL PLLC          Seattle, Washington 98104-7042
1100 New York Avenue, N.W., Suite 500 West       Telephone: (206) 583-2745
10 | Washington, D.C. 20005-3964                          Facsimile: (206) 625-8683
Telephone: (202) 408-4600                              matthew@metzlaw.net
11 | Facsimile: (202) 408-4699
vnugent@cohenmilstein.com                              *Counsel for Plaintiffs*
12
*Counsel for Plaintiffs*
13

14
**UNITED STATES DISTRICT COURT**
15
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
16

17 | MELISSA FERRINGTON and CHERYL     NO. 5:10-cv-01455
SCHMIDT, individually and on behalf of
18 | the class they represent,                          STIPULATION AND [PROPOSED]
ORDER ALLOWING SURREPLY AND
19 |                 Plaintiffs,                        REBUTTAL BRIEF IN RESPONSE TO
REQUEST FOR JUDICIAL NOTICE
20 | v.
Local Rule 7-3(d)
21 | MCAFEE INC., a Delaware Corporation,

22 |                 Defendant.

23

24       Plaintiffs Melissa Ferrington and Cheryl Schmidt ("Plaintiffs") and Defendant McAfee,

25 | Inc. ("Defendant"), by and through their counsel, subject to the Court's approval, STIPULATE

26 | AS FOLLOWS:

27       WHEREAS, McAfee filed a Request for Judicial Notice and a Declaration of Carlos

28

1  Ochoa in Support of Defendant's Request for Judicial Notice on June 10, 2010;

2      WHEREAS, Plaintiffs filed their Opposition to the Request for Judicial Notice on July 29,

3  2010;

4      WHEREAS, McAfee filed its Reply and a Supplemental Declaration of Carlos Ochoa on

5  August 26, 2010; and

6      WHEREAS, Plaintiffs contend that the Supplemental Declaration of Carlos Ochoa raises

7  a number of factual issues that were neither addressed in the Initial Declaration nor in any of

8  Defendant's previously filed papers;

9      NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND

10 BETWEEN THE PARTIES that, subject to the Court's approval:

11     On or before September 14, 2010, Plaintiffs may file a three-page Sur-reply which may

12 address only any new facts Plaintiffs contend are presented in the Supplemental Declaration of

13 Carlos Ochoa and McAfee may file a three-page rebuttal on or before September 21, 2010.

Dated: September 14, 2010    By: */s/ Victoria S. Nugent*_____

Andrew N. Friedman
Victoria S. Nugent
Stefanie M. Ramirez
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Telephone:  (202) 408-4600
Facsimile:   (202) 408-4699

Gay Crosthwait Grunfeld
Shirley Huey
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104-1823
Telephone: (415) 433-6830
Facsimile:   (415) 433-7104

Local Counsel for Plaintiffs
Melissa Ferrington and Cheryl Schmidt

|   |   |   |
|---|---|---|
| 1 |  | Matthew N. Metz |
| 2 |  | METZ LAW GROUP, PLLC |
|   |  | 701 Fifth Avenue, Suite 7230 |
| 3 |  | Seattle, WA 98104 |
|   |  | Telephone: (206) 583-2745 |
| 4 |  | Facsimile: (206) 625-8683 |
| 5 |  | Counsel for Plaintiffs |
| 6 |  |  |
| 7 | Dated: September 14, 2010 | By: */s/ Daniel K. Slaughter*_____ |
|   |  | Daniel K. Slaughter |
| 8 |  | STEIN & LUBIN |
|   |  | 600 Montgomery Street, 14th Floor |
| 9 |  | San Francisco, CA 94111 |
|   |  | Telephone: (415) 955-5037 |
| 10 |  | Facsimile: (415) 981-4343 |
| 11 |  | Counsel for Defendant |

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: September 15, 2010                              _/s/ Lucy H. Koh_____

Honorable Lucy H. Koh
Judge of the United States District Court

879856.1 1

- 3 -    NO. 5:10-CV-01455: STIP. & [PROPOSED] ORDER ALLOWING SURREPLY AND REBUTTAL BRIEFS