UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MELISSA FERRINGTON and CHERYL SCHMIDT, <br><br>　　　　　　Plaintiffs, <br>　v. <br>McAFEE, INC., <br>　　　　　　Defendant. | Case No.: 10-CV-001455-LHK <br><br> SUPPLEMENTAL ORDER REGARDING EDITS TO PROPOSED CLASS NOTICE |

As a supplement to the Court's Order of August 4, 2011, Dkt. No. 92, the Court further asks the Parties to confirm that Class Members were required to take an additional affirmative step, after clicking through the Arpu pop-up advertisement, in order to download the relevant software.

**IT IS SO ORDERED.**

Dated: August 5, 2011

　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　United States District Judge