UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MELISSA FERRINGTON, CHERYL SCHMIDT, CHRISTOPHER BENNETT AND CHRISTI HALL,<br><br>               Plaintiffs,<br>   v.<br>MCAFEE, INC., ARPU, INC., D/B/A TRYANDBUY.COM,<br><br>               Defendants. | Case No.: 10-CV-001455-LHK<br><br>SECOND SUPPLEMENTAL ORDER REGARDING EDITS TO PROPOSED CLASS NOTICE |

As a supplement to the Court's Orders of August 4, 2011, Dkt. No. 92, and August 5, 2011, Dkt. No. 93, the Court hereby requests that, by August 16, 2011, 5:00 p.m. PST, the parties make the following additional changes:

1) On page 3 of Dkt. No. 96, Ex. A, under **"CERTIFICATION**," add language so that the second paragraph reads: "The information I have supplied in the form above is true and correct and the proof of payments**, if any,** accurately reflects charges I paid. I declare under penalty of perjury under the laws of the United States and the State of California that all the information set forth above is true and correct."

2) On page 7 of Dkt. No. 96, Ex. B2, under ¶ 2 of Question 10, add language so that it reads: "If you are unable to file a Claim Form online, you may mail the following documents to the address listed on the Claim Form: (1) the Claim Form and (2) Your

proof of payment record**, if any,** for the Software (by means of a copy of your credit card charge statements or copies of a confirmation page from Arpu confirming payment). Your mailed Claim Form must be post-marked by \_\_\_\_. Please understand that Claim Forms received by mail will take longer to process and may delay your Settlement benefits. Keep a copy of your payment records and statement.  **If you do not have a proof of payment record you may still make a claim, but you must establish your identity by providing an email address and/or street address that matches the records of Defendants.**"

**IT IS SO ORDERED.**

Dated: August 12, 2011

_____
LUCY H. KOH
United States District Judge