E. Jeffrey Banchero (SBN 93077)
ejb@bancherolaw.com
Scott R. Raber (SBN 194924)
sraber@bancherolaw.com
THE BANCHERO LAW FIRM LLP
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:     415.398.7000
Facsimile:      415.616.7000

Attorneys for Defendant,
Arpu, Inc. (d/b/a TryandBuy.com)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MELISSA FERRINGTON, CHERYL SCHMIDT, CHRISTOPHER BENNETT, and CHRISTI HALL,<br><br>        Plaintiffs,<br><br>v.<br><br>McAFEE, INC., and ARPU, INC. (d/b/a TRYandBUY.com),<br><br>        Defendants | Case No.  5:10-CV-01455 LHK<br><br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

Notice is hereby given that, subject to approval by the Court, Arpu, Inc. (d/b/a TryandBuy.com) substitutes Scott R. Raber, now of the Rimon, P.C., as local counsel of record in place of the Banchero Law Firm LLP.

Contact information for new counsel is as follows:

1

Case No. 5:10-CV-01455

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Scott R. Raber, Esq.
Rimon, P.C.
220 Sansome Street, Suite 310
San Francisco, California  94104
Phone:          415.683.5472
Email:          scott.raber@rimonlaw.com

I consent to the above substitution.

Dated: ___11/10/11___

David Steinberg, CEO
Arpu, Inc. dba TryandBuy.com

I consent to being substituted.

Dated: ___10-27-2011___

Scott R. Raber, Esq.

I consent to the above substitution.

Dated: ___11-4-11___

Scott R. Raber, Esq.
Rimon, P.C.

The substitution of attorney is hereby approved and so ORDERED.

Dated: ___November 9, 2011___

United States District Court Judge

2

Case No. 5:10-CV-01455