UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MELISSA FERRINGTON, CHERYL SCHMIDT, CHRISTOPHER BENNETT AND CHRISTI HALL,<br><br>                Plaintiffs,<br>  v.<br>MCAFEE, INC., ARPU, INC., D/B/A TRYANDBUY.COM,<br><br>                Defendants. | Case No.: 10-CV-01455-LHK<br><br>ORDER REQUESTING PARTIES TO PROVIDE UPDATED CLAIMS INFORMATION |

By April 6, 2012, the parties shall file a report with the following information as of the close of the claims period:

1. The percentage and total number of the class who filed claim forms.
2. The total amount of claims paid to the class, including the amount paid in cash benefits and the number and duration of software licenses given to the class.

**IT IS SO ORDERED.**

Dated: April 5, 2012

                      *Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-01455-LHK
ORDER REQESTING UPDATE