1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

| | |
|---|---|
| MELISSA FERRINGTON, CHERYL ) | Case No.: 10-CV-001455-LHK |
| SCHMIDT, CHRISTOPHER BENNETT AND ) | |
| CHRISTI HALL, ) | |
| ) | |
| Plaintiffs, ) | ORDER RE JOINT CASE |
| v. ) | MANAGEMENT STATEMENT |
| ) | |
| MCAFEE, INC., ARPU, INC., D/B/A ) | |
| TRYANDBUY.COM, ) | |
| ) | |
| Defendants. ) | |

17            Pursuant to Civil Local Rule 16-9 and the Court's standing order, the parties were required

18   to file a joint case management statement by May 16, 2012, but failed to do so.  The parties are

19   ordered to file a joint case management statement by 5:00 p.m. on May 19, 2012.

20

21   **IT IS SO ORDERED.**

22

23   Dated: May 19, 2012                    _____
                                            LUCY H. KOH
24                                          United States District Judge

25
26
27
28

United States District Court
For the Northern District of California

Case No.: 10-CV-001455-LHK
ORDER RE JOINT CASE MANAGEMENT STATEMENT