**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MELISSA FERRINGTON, CHERYL SCHMIDT, CHRISTOPHER BENNETT AND CHRISTI HALL, <br><br> Plaintiffs, <br> v. <br><br> MCAFEE, INC., ARPU, INC., D/B/A TRYANDBUY.COM, <br><br> Defendants. | Case No.: 10-CV-001455-LHK <br><br> ORDER RE JOINT CASE MANAGEMENT STATEMENT |

Pursuant to Civil Local Rule 16-9 and the Court's standing order, the parties were required to file a joint case management statement by May 16, 2012, but failed to do so. The parties are ordered to file a joint case management statement by 5:00 p.m. on May 19, 2012.

**IT IS SO ORDERED.**

Dated: May 19, 2012

LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-001455-LHK
ORDER RE JOINT CASE MANAGEMENT STATEMENT