1 | Gay Crosthwait Grunfeld – 121944
Shirley Huey – 224114
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:   (415) 433-6830
Facsimile:    (415) 433-7104
ggrunfeld@rbg-law.com
shuey@rbg-law.com

*Local Counsel for Plaintiffs*

Andrew N. Friedman- admitted *pro hac vice*
Victoria S. Nugent – admitted *pro hac vice*
Stefanie M. Ramirez – admitted *pro hac vice*
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W., Suite 500 West
Washington, D.C.  20005-3964
Telephone:   (202) 408-4600
Facsimile:    (202) 408-4699
vnugent@cohenmilstein.com

*Counsel for Plaintiffs*

Matthew N. Metz - 154995
METZ LAW GROUP, PLLC
701 Fifth Avenue, Suite 7230
Seattle, Washington  98104-7042
Telephone:   (206) 583-2745
Facsimile:    (206) 625-8683
matthew@metzlaw.net

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| MELISSA FERRINGTON and CHERYL SCHMIDT, individually and on behalf of the class they represent,<br><br>Plaintiffs,<br><br>v.<br><br>MCAFEE INC., a Delaware Corporation,<br><br>Defendant. | NO.  5:10-cv-01455<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF SECOND AMENDED COMPLAINT**<br><br>Local Rules 7-1(a)(5) and 7-12 |

Plaintiffs Melissa Ferrington and Cheryl Schmidt ("Plaintiffs") and Defendant McAfee, Inc. ("McAfee"), by and through their counsel, subject to the Court's approval, STIPULATE AS FOLLOWS:

WHEREAS, under the revised scheduling order, entered by this Court on May 23, 2012,

NO. 5:10-CV-01455 LHK:  STIP. & [PROPOSED] ORDER RE: SECOND AM. COMPL.

1  the deadline to amend the pleadings is June 8, 2012 and fact discovery closes on November 2,
2  2012;
3       WHEREAS, Plaintiffs seek to amend the Complaint in three respects: first, to add two
4  new plaintiffs; second, to add new allegations supporting Plaintiffs' amended CLRA claims;
5  third, to add two new causes of action – breach of contract and good faith and fair and additional
6  factual allegations supporting them;
7       WHEREAS, Plaintiffs and McAfee agree that McAfee reserves the right to challenge the
8  Second Amended Complaint via a motion to dismiss or otherwise;
9       NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND
10 BETWEEN THE PARTIES that, subject to the Court's approval:
11      Plaintiffs may file a Second Amended Complaint.  McAfee's right to challenge the
12 Second Amended Complaint via a motion to dismiss or otherwise is not waived.

Dated: June 8, 2012                                  By: */s/ Victoria S. Nugent*

                                                             Andrew N. Friedman
                                                             Victoria S. Nugent
                                                             Stefanie M. Ramirez
                                                             COHEN MILSTEIN SELLERS & TOLL PLLC
                                                             1100 New York Avenue, N.W.
                                                             Suite 500, West Tower
                                                             Washington, DC  20005
                                                            Telephone:  (202) 408-4600
                                                            Facsimile:  (202) 408-4699

                                                            Gay Crosthwait Grunfeld
                                                            Shirley Huey
                                                            ROSEN, BIEN & GALVAN, LLP
                                                            315 Montgomery Street, Tenth Floor
                                                            San Francisco, CA  94104-1823
                                                            Telephone:  (415) 433-6830
                                                            Facsimile:  (415) 433-7104

                                                            Local Counsel for Plaintiffs
                                                            Melissa Ferrington and Cheryl Schmidt

|  |  |
|---|---|
|  | Matthew N. Metz<br>METZ LAW GROUP, PLLC<br>701 Fifth Avenue, Suite 7230<br>Seattle, WA 98104<br>Telephone: (206) 583-2745<br>Facsimile: (206) 625-8683 |
|  | Counsel for Plaintiffs |
| Dated: June 8, 2012 | By: */s/ Daniel K. Slaughter*_____<br><br>Daniel K. Slaughter<br>STEIN & LUBIN<br>600 Montgomery Street, 14th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 955-5037<br>Facsimile: (415) 981-4343 |
|  | Counsel for Defendant |

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: June 11, 2012 　　　　　　　*Lucy H. Koh*

　　　　　　　　　　　　　　　　Honorable Lucy H. Koh
　　　　　　　　　　　　　　　　Judge of the United States District Court

- 3 -　　NO. 5:10-CV-01455 LHK: STIP. & [PROPOSED] ORDER RE: SECOND AM. COMPL.