Gay Crosthwait Grunfeld – 121944
Shirley Huey – 224114
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbg-law.com
shuey@rbg-law.com

*Local Counsel for Plaintiffs*

Andrew N. Friedman- admitted *pro hac vice*
Victoria S. Nugent – admitted *pro hac vice*
Stefanie M. Ramirez – admitted *pro hac vice*
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W., Suite 500 West
Washington, D.C. 20005-3964
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
vnugent@cohenmilstein.com

*Counsel for Plaintiffs*

Matthew N. Metz - 154995
METZ LAW GROUP, PLLC
701 Fifth Avenue, Suite 7230
Seattle, Washington 98104-7042
Telephone: (206) 583-2745
Facsimile: (206) 625-8683
matthew@metzlaw.net

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| MELISSA FERRINGTON and CHERYL SCHMIDT, individually and on behalf of the class they represent,<br><br>Plaintiffs,<br><br>v.<br><br>MCAFEE INC., a Delaware Corporation,<br><br>Defendant. | NO. 5:10-cv-01455<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF SECOND AMENDED COMPLAINT**<br><br>Local Rules 7-1(a)(5) and 7-12 |

Plaintiffs Melissa Ferrington and Cheryl Schmidt ("Plaintiffs") and Defendant McAfee, Inc. ("McAfee"), by and through their counsel, subject to the Court's approval, STIPULATE AS FOLLOWS:

WHEREAS, under the revised scheduling order, entered by this Court on May 23, 2012,

1  the deadline to amend the pleadings is June 8, 2012 and fact discovery closes on November 2,
2  2012;

3      WHEREAS, Plaintiffs seek to amend the Complaint in three respects: first, to add two
4  new plaintiffs; second, to add new allegations supporting Plaintiffs' amended CLRA claims;
5  third, to add two new causes of action – breach of contract and good faith and fair and additional
6  factual allegations supporting them;

7      WHEREAS, Plaintiffs and McAfee agree that McAfee reserves the right to challenge the
8  Second Amended Complaint via a motion to dismiss or otherwise;

9      NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND
10 BETWEEN THE PARTIES that, subject to the Court's approval:

11     Plaintiffs may file a Second Amended Complaint.  McAfee's right to challenge the
12 Second Amended Complaint via a motion to dismiss or otherwise is not waived.

13

14 Dated: June 8, 2012                    By: */s/ Victoria S. Nugent*

Andrew N. Friedman
Victoria S. Nugent
Stefanie M. Ramirez
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699

Gay Crosthwait Grunfeld
Shirley Huey
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104-1823
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104

Local Counsel for Plaintiffs
Melissa Ferrington and Cheryl Schmidt

Matthew N. Metz
METZ LAW GROUP, PLLC
701 Fifth Avenue, Suite 7230
Seattle, WA 98104
Telephone: (206) 583-2745
Facsimile: (206) 625-8683

Counsel for Plaintiffs

Dated: June 8, 2012    By: */s/ Daniel K. Slaughter*

Daniel K. Slaughter
STEIN & LUBIN
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone: (415) 955-5037
Facsimile: (415) 981-4343

Counsel for Defendant

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: June 11, 2012

*Lucy H. Koh*

Honorable Lucy H. Koh
Judge of the United States District Court