1   Daniel K. Slaughter (SBN 136725)
    Michael F. Donner (SBN 155944)
2   STEIN & LUBIN LLP
    Transamerica Pyramid
3   600 Montgomery Street, 14th Floor
    San Francisco, CA  94111
4   Telephone:    (415) 981-0550
    Facsimile:     (415) 981-4343
5   dslaughter@steinlubin.com
    mdonner@steinlubin.com
6

7   Attorneys for Defendant
    MCAFEE, INC.
8

9               UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION

12

| | |
|---|---|
| 13   MELISSA FERRINGTON and CHERYL SCHMIDT, | Case No.  CV-10-01455 LHK (HRL) |
| 14           Plaintiffs, | **JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE PROPOSED SETTLEMENT AND POSTPONEMENT OF CERTAIN PRETRIAL DATES** |
| 15   v. | |
| 16   MCAFEE, INC., | Complaint Filed:  April 6, 2010 |
| 17          Defendant. | Trial Date:  April 29, 2013 |
| 18 | Judge:     Hon. Lucy H. Koh |
| 19   KEN POCHIS, | Case No.  CV-11-0721 LHK (HRL) |
| 20         Plaintiff, | Complaint Filed: February 16, 2011 |
| 21   v. | Trial Date:  None |
| 22   ARPU, INC., MCAFEE, INC., and IOLO TECHNOLOGIES, LLC, | Judge: Hon. Lucy H. Koh |
| 23       Defendants . | **AS MODIFIED** |

24        The parties to both of the related action captioned above, by and through their

25 counsel, subject to the Court's approval, STIPULATE AS FOLLOWS:

26        WHEREAS, the parties, following extensive negotiations taking into account the

27 Court's order denying final approval of the previous settlement, have agreed to the basic terms of

28

1    a revised class settlement of both of these actions, as memorialized in the written "Memorandum

2    of Understanding" executed by each of them, and attached hereto;

3          WHEREAS, the parties are working to finalize a written settlement agreement and

4    to negotiate an agreement on attorneys' fees, which issue may be the subject of the case

5    management and settlement conference set by the Court on July 11, 2012 at 2:00 p.m., as

6    discussed at the last case management conference on May 23, 2012;

7          WHEREAS, the parties wish to avoid unnecessary litigation while they finalize the

8    revised settlement, and concur that, while the parties are finalizing the settlement, neither the

9    parties nor the Court should expend resources on motion practice relating to the pleadings or a

10   class certification motion, or other litigation activity in these actions;

11         WHEREAS, Defendants' deadline to respond to the complaint in *Pochis* is

12   currently June 18, 2012, *Ferrington* plaintiffs' deadline to file a class certification motion is

13   currently June 21, 2012, and McAfee's deadline to respond to the second amended complaint in

14   *Ferrington* is currently July 2, 2012, and the parties agree that these dates should be postponed in

15   order to facilitate settlement discussions;

16         WHEREAS, the parties recognize that if the settlement agreement cannot be

17   finalized as now anticipated, the case should proceed without delay at the pace set forth in the

18   scheduling order currently in place, with adjusted dates for responsive pleadings or motions and a

19   class certification motion.

20         NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND

21   BETWEEN THE PARTIES that, subject to the Court's approval:

22         All dates and deadlines entered by the Court on May 23, 2012, shall remain in

23   place except that Defendants' deadline for responding (by way of motion, answer or otherwise) to

24   the complaint in *Pochis* and the second amended complaint in *Ferrington*, and Plaintiffs' deadline

25   for filing a class certification motion in *Ferrington,* shall be off calendar, pending rescheduling at

26   the July 11, 2012 case management conference.

27

28

STIPULATION AND [~~PROPOSED~~] ORDER RE POSTPONEMENT OF CERTAIN PRETRIAL DATES

1    Dated: June 14, 2012            STEIN & LUBIN LLP

2
                                           */S/ Daniel K. Slaughter*
3                                     By: _____
                                           Daniel K. Slaughter
4                                     Counsel for Defendant McAFEE, INC.

5
     Dated: June 14, 2012            RIMON LAW GROUP
6

7                                          */S/ Scott R. Raber*
                                      By: _____
8                                          Scott R. Raber
                                      Counsel for Defendant ARPU, INC.
9
     Dated: June 14, 2012            QUINN EMANUEL URQUHART & SULLIVAN, LLP
10

11                                         */S/ Shon Morgan*
                                      By: _____
12                                         Shon Morgan
                                      Counsel for Def. IOLO TECHNOLOGIES LLC
13
     Dated: June 14, 2012            COHEN MILSTEIN SELLERS & TOLL PLLC
14
                                           */S/ Victoria S. Nugent*
15                                    By: _____
                                           Victoria S. Nugent
16                                    Counsel for Plaintiffs in *Ferrington*

17   Dated: June 14, 2012            PATTERSON LAW GROUP, APC

18                                         */S/ James R. Patterson*
                                      By: _____
19                                         James R. Patterson
                                      Counsel for Plaintiffs in *Pochis*
20

21   **[~~PROPOSED~~] ORDER**

22   At the July 11, 2012 case management conference the parties shall be prepared to discuss: (1)
     whether there is a reverter; (2) how onerous the claims process will be; and (3) the anticipated
23   total payment and benefits to the class.

24
     PURSUANT TO THE STIPULATION, IT IS SO ORDERED.
25                  June 15, 2012
     Dated: _____        _____
26                                         Honorable Lucy H. Koh
                                           Judge of the United States District Court



11_0033/464052v1              3              Case No. CV 10-1455-LHK (HRL)

STIPULATION AND [~~PROPOSED~~] ORDER RE POSTPONEMENT OF CERTAIN PRETRIAL DATES