Daniel K. Slaughter (SBN 136725)
Michael F. Donner (SBN 155944)
STEIN & LUBIN LLP
Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, CA  94111
Telephone:     (415) 981-0550
Facsimile:      (415) 981-4343
dslaughter@steinlubin.com
mdonner@steinlubin.com

Attorneys for Defendant
MCAFEE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MELISSA FERRINGTON and CHERYL SCHMIDT,<br><br>              Plaintiffs,<br><br>v.<br><br>MCAFEE, INC.,<br><br>              Defendant. | Case No.  CV-10-01455 LHK (HRL)<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE PROPOSED SETTLEMENT AND POSTPONEMENT OF CERTAIN PRETRIAL DATES**<br><br>Complaint Filed:  April 6, 2010<br>Trial Date: April 29, 2013<br>Judge:       Hon. Lucy H. Koh |
| KEN POCHIS,<br><br>              Plaintiff,<br>v.<br><br>ARPU, INC., MCAFEE, INC., and IOLO TECHNOLOGIES, LLC,<br><br>              Defendants. | Case No.  CV-11-0721 LHK (HRL)<br><br>Complaint Filed: February 16, 2011<br>Trial Date: None<br>Judge: Hon. Lucy H. Koh<br><br>**AS MODIFIED** |

The parties to both of the related action captioned above, by and through their counsel, subject to the Court's approval, STIPULATE AS FOLLOWS:

WHEREAS, the parties, following extensive negotiations taking into account the Court's order denying final approval of the previous settlement, have agreed to the basic terms of

a revised class settlement of both of these actions, as memorialized in the written "Memorandum of Understanding" executed by each of them, and attached hereto;

WHEREAS, the parties are working to finalize a written settlement agreement and to negotiate an agreement on attorneys' fees, which issue may be the subject of the case management and settlement conference set by the Court on July 11, 2012 at 2:00 p.m., as discussed at the last case management conference on May 23, 2012;

WHEREAS, the parties wish to avoid unnecessary litigation while they finalize the revised settlement, and concur that, while the parties are finalizing the settlement, neither the parties nor the Court should expend resources on motion practice relating to the pleadings or a class certification motion, or other litigation activity in these actions;

WHEREAS, Defendants' deadline to respond to the complaint in *Pochis* is currently June 18, 2012, *Ferrington* plaintiffs' deadline to file a class certification motion is currently June 21, 2012, and McAfee's deadline to respond to the second amended complaint in *Ferrington* is currently July 2, 2012, and the parties agree that these dates should be postponed in order to facilitate settlement discussions;

WHEREAS, the parties recognize that if the settlement agreement cannot be finalized as now anticipated, the case should proceed without delay at the pace set forth in the scheduling order currently in place, with adjusted dates for responsive pleadings or motions and a class certification motion.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES that, subject to the Court's approval:

All dates and deadlines entered by the Court on May 23, 2012, shall remain in place except that Defendants' deadline for responding (by way of motion, answer or otherwise) to the complaint in *Pochis* and the second amended complaint in *Ferrington*, and Plaintiffs' deadline for filing a class certification motion in *Ferrington,* shall be off calendar, pending rescheduling at the July 11, 2012 case management conference.

| | | |
|---|---|---|
| 1 | Dated: June 14, 2012 | STEIN & LUBIN LLP |
| 2 | | |
| 3 | | By: __*/S/ Daniel K. Slaughter*_____ |
| 4 | | Daniel K. Slaughter<br>Counsel for Defendant McAFEE, INC. |
| 5 | | |
| 6 | Dated: June 14, 2012 | RIMON LAW GROUP |
| 7 | | |
| 8 | | By: __*/S/ Scott R. Raber*_____<br>Scott R. Raber<br>Counsel for Defendant ARPU, INC. |
| 9 | Dated: June 14, 2012 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 10 | | |
| 11 | | By: __*/S/ Shon Morgan*_____ |
| 12 | | Shon Morgan<br>Counsel for Def. IOLO TECHNOLOGIES LLC |
| 13 | | |
| 14 | Dated: June 14, 2012 | COHEN MILSTEIN SELLERS & TOLL PLLC |
| 15 | | By: __*/S/ Victoria S. Nugent*_____ |
| 16 | | Victoria S. Nugent<br>Counsel for Plaintiffs in *Ferrington* |
| 17 | Dated: June 14, 2012 | PATTERSON LAW GROUP, APC |
| 18 | | |
| 19 | | By: __*/S/ James R. Patterson*_____<br>James R. Patterson |
| 20 | | Counsel for Plaintiffs in *Pochis* |

**[PROPOSED] ORDER**

At the July 11, 2012 case management conference the parties shall be prepared to discuss: (1) whether there is a reverter; (2) how onerous the claims process will be; and (3) the anticipated total payment and benefits to the class.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: __June 15, 2012_____

_____
Honorable Lucy H. Koh
Judge of the United States District Court


IT IS SO ORDERED AS MODIFIED
Judge Lucy H. Koh