United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MELISSA FERRINGTON and CHERYL
SCHMIDT,

                          Plaintiffs,

         v.

McAFEE, INC.,

                          Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 10-CV-01455-LHK
and related case 11-CV-0721-LHK

ORDER VACATING SETTLEMENT
CONFERENCE

        IT IS HEREBY ORDERED that the Settlement Conference currently scheduled for

September 10, 2012 at 1:30 p.m. is VACATED.  An order setting a new date for the Settlement

Conference is forthcoming.

**IT IS SO ORDERED.**

Dated: September 7, 2012                    _Lucy H. Koh_____

                                           LUCY H. KOH
                                           United States District Judge

1

Case No.:  10-CV-01455
ORDER VACATING SETTLEMENT CONFERENCE