1   Andrew N. Friedman *admitted pro hac vice*
    Victoria S. Nugent *admitted pro hac vice*
2   Stefanie M. Ramirez *admitted pro hac vice*
    COHEN MILSTEN SELLERS & TOLL PLLC
3   1100 New York Avenue NW
    Washington DC 20005
4   Telephone:    (202) 408-4600
    Facsimile:    (202) 408-4699
5   afriedman@cohenmilstein.com
    vnugent@cohenmilstein.com
6   sramirez@cohenmilstein.com

7   Attorneys for Plaintiffs

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11

12

| | |
|---|---|
| MELISSA FERRINGTON and CHERYL SCHMIDT,<br><br>              Plaintiffs,<br><br>v.<br><br>MCAFEE, INC.,<br><br>              Defendant. | Case No.  CV-10-01455 LHK (HRL)<br><br>**JOINT STIPULATION AND [PROPOSED]<br>ORDER RE DEADLINE FOR THE FILING<br>OF PLAINTIFFS' MOTION FOR<br>PRELIMINARY APPROVAL OF<br>PROPOSED CLASS SETTLEMENT**<br><br>Complaint Filed:  April 6, 2010<br>Trial Date:  April 29, 2013<br>Judge:      Hon. Lucy H. Koh |
| KEN POCHIS,<br><br>              Plaintiff,<br>v.<br><br>ARPU, INC., MCAFEE, INC., and IOLO<br>TECHNOLOGIES, LLC,<br><br>              Defendants. | Case No.  CV-11-0721 LHK (HRL)<br><br>Complaint Filed:  February 16, 2011<br>Trial Date:  None<br>Judge:  Hon. Lucy H. Koh |

The parties to both of the related actions captioned above, by and through their

counsel, subject to the Court's approval, STIPULATE AS FOLLOWS:

        WHEREAS, the parties agreed after the mediation before the Court on November

19, 2012 that they would finalize the settlement papers to submit to the Court on December 10,

---
                                        1                        Case No. CV 10-1455-LHK (HRL)

1   2012;

2           WHEREAS, the parties have been in the process of revising, reviewing and

3   approving the settlement agreement, notices, and claim form since the mediation before the Court

4   to reflect the settlement terms reached;

5           WHEREAS, the settlement agreement and related exhibits have not been

6   circulated in final form, but are expected to be circulated for final review and approval by the end

7   of this week;

8           NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND

9   BETWEEN THE PARTIES that, subject to the Court's approval:

10          Plaintiffs will file their motion for preliminary approval of the proposed

11  settlement, along with the settlement agreement and all exhibits thereto, on Monday, December

12  17, 2012.

13

14
    Dated: December 5, 2012          STEIN & LUBIN LLP
15

16                                            /S/ Daniel K. Slaughter
                                       By: _____
17                                            Daniel K. Slaughter
                                       Counsel for Defendant McAFEE, INC.
18

19  Dated:  December 5, 2012          RIMON LAW GROUP

20
                                              /S/ Scott R. Raber
21                                     By: _____
                                              Scott R. Raber
22                                     Counsel for Defendant ARPU, INC.

23  Dated: December 5, 2012           QUINN EMANUEL URQUHART & SULLIVAN
                                       LLP
24

25                                            /S/ Shon Morgan
                                       By: _____
26                                            Shon Morgan
                                       Counsel for Def. IOLO TECHNOLOGIES LLC
27

28

                                        2          Case No. CV 10-1455-LHK (HRL)

1      Dated: December 5, 2012          COHEN MILSTEIN SELLERS & TOLL PLLC

2                                                  */S/ Victoria S. Nugent*

                              By: _____

3                                    Victoria S. Nugent

                                   Counsel for Plaintiffs in *Ferrington*

4

5      Dated: December 5, 2012          PATTERSON LAW GROUP, APC

6                                                  */S/ James R. Patterson*

                              By: _____

7                                    James R. Patterson

                                   Counsel for Plaintiffs in *Pochis*

8

9      ~~[PROPOSED]~~ **ORDER**

10

11      PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

12

13      Dated: December 6, 2012            _____

14                                    Honorable Lucy H. Koh

                                 Judge of the United States District Court

15

16

17

18

19

20

21

22

23

24

25

26

27

28