1  Andrew N. Friedman *admitted pro hac vice*
   Victoria S. Nugent *admitted pro hac vice*
2  Stefanie M. Ramirez *admitted pro hac vice*
   COHEN MILSTEN SELLERS & TOLL PLLC
3  1100 New York Avenue NW
   Washington DC 20005
4  Telephone:      (202) 408-4600
   Facsimile:       (202) 408-4699
5  afriedman@cohenmilstein.com
   vnugent@cohenmilstein.com
6  sramirez@cohenmilstein.com

7  Attorneys for Plaintiffs

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION

| | |
|---|---|
| MELISSA FERRINGTON and CHERYL SCHMIDT,<br><br>            Plaintiffs,<br><br>v.<br><br>MCAFEE, INC.,<br><br>            Defendant. | Case No.  CV-10-01455 LHK (HRL)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE DEADLINE FOR THE FILING OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT**<br><br>Complaint Filed:  April 6, 2010<br>Trial Date:  April 29, 2013<br>Judge:       Hon. Lucy H. Koh |
| KEN POCHIS,<br><br>            Plaintiff,<br>v.<br><br>ARPU, INC., MCAFEE, INC., and IOLO TECHNOLOGIES, LLC,<br><br>            Defendants. | Case No.  CV-11-0721 LHK (HRL)<br><br>Complaint Filed:  February 16, 2011<br>Trial Date:  None<br>Judge:  Hon. Lucy H. Koh |

The parties to both of the related actions captioned above, by and through their counsel, subject to the Court's approval, STIPULATE AS FOLLOWS:

WHEREAS, the parties agreed after the mediation before the Court on November 19, 2012 that they would finalize the settlement papers to submit to the Court on December 10,

1    2012;

2    WHEREAS, the parties have been in the process of revising, reviewing and

3    approving the settlement agreement, notices, and claim form since the mediation before the Court

4    to reflect the settlement terms reached;

5    WHEREAS, the settlement agreement and related exhibits have not been

6    circulated in final form, but are expected to be circulated for final review and approval by the end

7    of this week;

8    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND

9    BETWEEN THE PARTIES that, subject to the Court's approval:

10   Plaintiffs will file their motion for preliminary approval of the proposed

11   settlement, along with the settlement agreement and all exhibits thereto, on Monday, December

12   17, 2012.

13

14

15   Dated: December 5, 2012            STEIN & LUBIN LLP

16                                             */S/ Daniel K. Slaughter*
                                        By: _____
17                                             Daniel K. Slaughter
                                        Counsel for Defendant McAFEE, INC.
18

19   Dated:  December 5, 2012           RIMON LAW GROUP

20
                                               */S/ Scott R. Raber*
21                                      By: _____
                                               Scott R. Raber
22                                      Counsel for Defendant ARPU, INC.

23   Dated: December 5, 2012            QUINN EMANUEL URQUHART & SULLIVAN
                                        LLP
24

25
                                               */S/ Shon Morgan*
26                                      By: _____
                                               Shon Morgan
27                                      Counsel for Def. IOLO TECHNOLOGIES LLC

28

                                        2                     Case No. CV 10-1455-LHK (HRL)

| | | |
|---|---|---|
| 1 | Dated: December 5, 2012 | COHEN MILSTEIN SELLERS & TOLL PLLC |
| 2 | | */S/ Victoria S. Nugent* |
| 3 | | By: _____ |
| | | Victoria S. Nugent |
| 4 | | Counsel for Plaintiffs in *Ferrington* |
| 5 | Dated: December 5, 2012 | PATTERSON LAW GROUP, APC |
| 6 | | */S/ James R. Patterson* |
| | | By: _____ |
| 7 | | James R. Patterson |
| | | Counsel for Plaintiffs in *Pochis* |

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: December 6, 2012

*/s/ Lucy H. Koh*
_____
Honorable Lucy H. Koh
Judge of the United States District Court