**[PROPOSED] ORDER**

The Court hereby approves the withdrawal of Stefanie M. Ramirez for Cohen Milstein Sellers &

Toll, PLLC as one of counsel for Plaintiffs.


Date: February 8, 2013

_____
Hon. Lucy H. Koh
United States District Judge