UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MELISSA FERRINGTON and CHERYL SCHMIDT,<br><br>            Plaintiffs,<br>     v.<br><br>McAFEE, INC.,<br><br>            Defendant. | Case No.: 10-CV-01455-LHK<br>and related case 11-CV-0721-LHK<br><br>**CLASS ACTION**<br><br>**ORDER REGARDING EDITS TO PUBLICATION NOTICE, LONG FORM NOTICE, AND EMAIL NOTICE** |

 The Court has reviewed the parties' submission in connection with the Plaintiffs' Motion for Certification of Settlement Class and Preliminary Approval of Revised Settlement.  *See* ECF No. 141.  The Court ORDERS that, by February 14, 2013, Plaintiffs revise the proposed Publication Notice (ECF No. 140-3), Long Form Notice (ECF No. 140-4), and Email Notice (ECF No. 140-5) as follows:

1.    On page 2 of the Publication Notice, replace the sentence beginning "You may choose to exclude" and ending "object to the settlement" with: "You may choose to exclude yourself from the settlement if you wish to sue McAfee, Arpu and/or Iolo on your own and seek recovery through litigation.  If you exclude yourself, you cannot make a claim for, or object to, the settlement."

2.    On page 3 of the Publication Notice, remove the lines requesting the undersigned's signature.

3. On page 1 of the Long Form Notice, delete the extra period at the end of the first sentence, which concludes with "be affected by it.."

4. On page 2 of the Long Form Notice, in the fifth cell of the table, in the sentence beginning "Get no reimbursement," insert the words "from the settlement" after the word "certificate."

5. On page 2 of the Email Notice, replace the sentence beginning with "You may choose" and ending with "object to the settlement" with the following language: "You may choose to exclude yourself from the settlement in order to bring your own lawsuit and seek recovery from your own litigation.  If you exclude yourself from the settlement, you cannot make a claim under the settlement and cannot object to the settlement."

**IT IS SO ORDERED.**

Dated:  February 11, 2013

*Lucy H. Koh*

Hon. Lucy Koh
United States District Judge