UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MELISSA FERRINGTON, CHERYL SCHMIDT, CHRISTOPHER BENNETT AND CHRISTI HALL,<br><br>Plaintiffs,<br><br>v.<br><br>MCAFEE, INC., ARPU, INC., D/B/A TRYANDBUY.COM,<br><br>Defendants. | Case No. 5:10-CV-01455 LHK<br>Case No. 5:11-CV-00721 LHK<br><br>[PROPOSED] CONDITIONAL CLASS CERTIFICATION ORDER<br><br>Complaint Filed: April 6, 2010<br>Trial Date: None<br>Judge: Hon. Lucy H. Koh |
| KEN POCHIS,<br><br>Plaintiff,<br><br>v.<br><br>ARPU, INC., McAFEE, INC., IOLO TECHNOLOGIES, LLC,<br><br>Defendants | Complaint Filed: Feb. 16, 2011<br>Trial Date: None<br>Judge: Hon. Lucy H. Koh |

WHEREAS, Plaintiffs in these related actions Melissa Ferrington, Cheryl Schmidt, Christopher Bennett, Christi Hall and Ken Pochis ("Plaintiffs") and Defendants McAfee, Inc., Arpu, Inc., d/b/a TryandBuy.com. and Iolo Technologies, LLC (collectively, "Defendants") have entered into a Settlement Agreement ("Agreement") with respect to this matter; and

1                    Case No. CV 10-1455-LHK (HRL)

CONDITIONAL CLASS CERTIFICATION ORDER

WHEREAS, the Court has reviewed the Agreement and the parties' papers in support of preliminary approval of the Agreement and in support of conditional certification of a Plaintiff Settlement Class; and

GOOD CAUSE APPEARING AND SOLELY FOR THE PURPOSE OF SETTLEMENT IN ACCORDANCE WITH THE AGREEMENT, THE COURT FINDS AND ORDERS AS FOLLOWS:

1. The Court hereby certifies a Plaintiff Settlement Class consisting of all persons in the United States who during the Class Period accepted an Arpu pop-up advertisement offer presented on McAfee's website. The Plaintiff Settlement Class excludes Defendants, any entity in which Defendants have a controlling interest, Defendants' subsidiaries, affiliates, officers, directors, or employees, and any legal representative, heir, successor, or assignee of Defendants, and any persons and entities that timely opt-out of the Plaintiff Settlement Class.

2. The above-described Plaintiff Settlement Class is so numerous that joinder of all members is impracticable.

3. There are questions of law or fact common to the above-described Plaintiff Settlement Class.

4. The claims advanced by Plaintiffs are typical of the claims of the above-described Plaintiff Settlement Class.

5. The Plaintiffs will fairly and adequately protect the interests of the above-described Plaintiff Settlement Class, and are conditionally appointed as representatives of the Plaintiff Settlement Class for the purpose of implementing the settlement in accordance with the Agreement. Cohen Milstein Sellers & Toll PLLC and Patterson Law Group, APC are conditionally appointed as counsel for the Plaintiff Settlement Class.

6. The questions of law or fact common to the members of the above-described Plaintiff Settlement Class predominate over the questions affecting only individual members.

1  7. Certification of the above-described Plaintiff Settlement Class by the Court in this matter is superior to other available methods for the fair and efficient adjudication of the controversy.

8. Notice of the pendency of this case and the proposed settlement shall be provided to the Plaintiff Settlement Class as specified in the Court's Order Granting Preliminary Approval of Class Action Settlement, filed herewith. Any Plaintiff Settlement Class member may elect not to be a part of the Plaintiff Settlement Class and not to be bound by the Agreement, as set forth in the Summary Published Notice, Summary Email Notice and Long Form Notice.

9. In the event that Final Approval of the settlement does not occur for any reason, or in the event of termination of the Agreement for any reason, this Order, and all of its provisions, shall be deemed null and void *ab initio*, shall have no force or effect whatsoever, shall not be used in this or in any other proceeding for any purpose, and this action shall revert to its status as existed prior to the date of this Order. Nothing in this Order is, or may be construed as, an admission or concession by or against any of the parties on any point of fact or law.

IT IS SO ORDERED.

Dated: February 15, 2013

_____
Honorable Lucy H. Koh
Judge of the United States District Court