James R. Patterson, State Bar No. 211102
jim@pattersonlawgroup.com
PATTERSON LAW GROUP, APC
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone (619) 398-4760
Facsimile (619) 756-6991

Gene J. Stonebarger, State Bar No. 209461
gstonebarger@stonebargerlaw.com
Richard D. Lambert, State Bar No. 251148
rlambert@stonebargerlaw.com
Elaine W. Yan, State Bar No. 277961
eyan@stonebargerlaw.com
STONEBARGER LAW
A Professional Corporation
75 Iron Point Circle, Ste. 145
Folsom, CA 95630
Telephone (916) 235-7140
Facsimile (916) 235-7141

*Attorneys for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| MELISSA FERRINGTON, CHERYL SCHMIDT, CHRISTOPHER BENNETT AND CHRISTI HALL,<br><br>Plaintiffs,<br><br>v.<br><br>MCAFEE, INC., ARPU, INC., D/B/A TRYANDBUY.COM,<br><br>Defendants. | Case No. 5:10-CV-01455 LHK<br>Case No. 5:11-CV-00721 LHK<br><br>**PLAINTIFF POCHIS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:   June 20, 2013<br>Time:  1:30 p.m.<br>Ctrm.: 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |
| KEN POCHIS,<br><br>Plaintiff,<br><br>v.<br><br>ARPU, INC., McAFEE, INC., IOLO TECHNOLOGIES, LLC,<br><br>Defendants. | |

1    Pursuant to Northern District of California's Civil Local Rules 7-11 and 79-5, Plaintiff
2  Ken Pochis hereby brings this Administrative Motion to Seal the following materials containing
3  information protected by the attorney-client privilege:
4    - Exhibit 'A' to the Declaration of James R. Patterson In Support Of Plaintiff Pochis'
5  Unopposed Motion for Attorneys' Fees, Costs and Incentive Award; and
6    - Exhibit 'A' to the Declaration of Gene J. Stonebarger In Support Of Plaintiff Pochis'
7  Unopposed Motion for Attorneys' Fees, Costs and Incentive Award.
8    The foregoing documents are Plaintiff Pochis' counsel's detailed billing records, detailing
9  the time spent in prosecuting this action to date. "Under Ninth Circuit authority, 'attorney-client
10  privilege embraces attorney time, records and statements to the extent that they reveal litigation
11  strategy and the nature of the services provided.'" *Travelers Prop. Cas. Co. of Am. v. Centex
12  Homes*, 2013 U.S. Dist. LEXIS 26241, at *4 (N.D. Cal. Feb. 26, 2013) (*citing Real v. Cont'l
13  Group, Inc.*, 116 F.R.D. 211, 213 (N.D. Cal. 1986). The attached billing records reveal the
14  litigation strategy used and the nature of the services provided in this action to date.
15  Accordingly, to preserve the attorney-client privilege, the foregoing documents must be filed
16  under seal.
17    Plaintiff Pochis hereby lodges with the Court the unredacted versions of the Declaration
18  of James R. Patterson In Support Of Plaintiff Pochis' Unopposed Motion for Attorneys' Fees,
19  Costs and Incentive Award and the Declaration of Gene J. Stonebarger In Support Of Plaintiff
20  Pochis' Unopposed Motion for Attorneys' Fees, Costs and Incentive Award. Plaintiff Pochis
21  respectfully requests that the Court issue an Order permitting the filing under seal of the
22  *unredacted* versions of these documents.

23  Dated: May 2, 2013                                  Respectfully Submitted,

24                                                     PATTERSON LAW GROUP, APC

25                                                     STONEBARGER LAW, APC

26                                                     By: /s/ Gene J. Stonebarger
27                                                         Gene J. Stonebarger
                                                           *Attorneys for Plaintiff and the Class*
28

**1**

PLAINTIFF POCHIS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL